IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST,<br><br>Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and<br><br>THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO,<br><br>Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST,<br><br>WELLS FARGO BANK, N.A.<br><br>Garnishee. | Case No.: 1:19-MC-00046-LJO-EPG<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT (BANK ACCOUNTS)** |

The Court, having reviewed the court files and the United States' Request to Terminate Writ of Garnishment (Bank Accounts), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that the Writ of Garnishment previously issued on July 8, 2019 against defendant and judgment debtor Ronald John Salado's family trust's checking account at Wells Fargo Bank, N.A. is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(A). The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated: **November 14, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

ORDER